**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN HIMBLER AVILES, ) | Case No. CV 20-1943-JGB (JPR) |
| Petitioner, ) | |
| v. ) | **J U D G M E N T** |
| HERIBERTO H. TELLEZ et al., ) | |
| Respondents. ) | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to refiling as a civil-rights lawsuit.

DATED: March 9, 2020

JESUS G. BERNAL
U.S. DISTRICT JUDGE